```
BRINA RENETTE OSCAR              DISCOVER FINANCIAL              SBA
223 HARVEY WATKINS DR S          ATTN: BANKRUPTCY                C/O US ATTORNEY'S OFFI
CANTON, MS 39046                 PO BOX 30943                    501 E COURT ST
                                 SALT LAKE CITY, UT 84130        STE. 4.430
                                                                 JACKSON, MS 39201


THOMAS C. ROLLINS, JR.           LAKELAND ANESTHESIA             SURGICARE OF JACKSON
THE ROLLINS LAW FIRM, PLLC       PO BOX 321360                   760 LAKELAND DR
P.O. BOX 13767                   FLOWOOD, MS 39232               JACKSON, MS 39216
JACKSON, MS 39236


ACCOUNTS RECEIVABLE MA           LAKELAND RADIOLOGISTS           TRANSWORD SYSTEM INC
P.O. BOX 638                     2630 RIDGEWOOD RD B             2135 E PRIMROSE
PARIS, TN 38242                  JACKSON, MS 39216               STE Q
                                                                 SPRINGFIELD, MO 65804


ADVANCED RECOVERY SYST           LAKELAND SURGICAL CLIN          TRANSWORLD SYSTEMS
P.O. BOX 321472                  971 LAKELAND DR                 500 VIRGINIA DR
FLOWOOD, MS 39232                STE 1460                        STE 514
                                 JACKSON, MS 39216               FORT WASHINGT, PA 19034


AFFIRM                           MERIT HEALTH MADISON            TRUSTMARK BANK
P.O. BOX 201209                  P.O. BOX 1280                   P O BOX 291
DALLAS, TX 75320                 OAKS, PA 19456                  JACKSON, MS 39205


BAPTIST MEDICAL GROUP            MOHELA                          UNIVERSITY OF MS MED
P.O. BOX 74533                   ATTN: BANKRUPTCY                P.O. BOX 3488
ATLANTA, GA 30384-5333           633 SPIRIT DR                   TUPELO, MS 38803
                                 CHESTERFIELD, MO 63005


BC SERVICES INC                  PROFESSIONAL ACCOUNT S          US ATTORNEY GENERAL
550 DISC DR                      PO BOX 188                      US DEPT OF JUSTICE
LONGMONT, CO 80503               BRENTWOOD, TN 37024             950 PENNSYLVANIA AVENW
                                                                 WASHINGTON, DC 20530-00


CAPITAL ONE                      RIVERTST FCU
ATTN: BANKRUPTCY                 PO BOX 97997
PO BOX 30285                     PEARL, MS 39288
SALT LAKE CITY, UT 84130


CHASE CARD SERVICES              SBA
ATTN: BANKRUPTCY                 801 TOM MARTIN DR
PO BOX 15299                     STE 210
WILMINGTON, DE 19850             BIRMINGHAM, AL 35211
```