United States Bankruptcy Court
Southern District of Mississippi

In re:  
Brina Renette Oscar  
    Debtor

Case No. 25-03252-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2  
Date Rcvd: Feb 20, 2026      Form ID: n031      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brina Renette Oscar, 223 Harvey Watkins Dr S, Canton, MS 39046-4106 |
| 5604624 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5604629 | + | Lakeland Anesthesia, PO Box 321360, Flowood, MS 39232-1360 |
| 5604630 | + | Lakeland Radiologists, 2630 Ridgewood Rd B, Jackson, MS 39216-4920 |
| 5604631 | + | Lakeland Surgical Clin, 971 Lakeland Dr, Ste 1460, Jackson, MS 39216-4684 |
| 5604632 | + | Merit Health Madison, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5604635 | + | Rivertst Fcu, Po Box 97997, Pearl, MS 39288-7997 |
| 5604638 | + | Surgicare of Jackson, 760 Lakeland Dr, Jackson, MS 39216-4610 |
| 5604642 | + | University of MS Med, P.O. Box 3488, Tupelo, MS 38803-3488 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5604621 | + | Email/Text: rlambert@mscb-inc.com | Feb 20 2026 19:32:00 | Accounts Receivable Ma, P.O. Box 638, Paris, TN 38242-0638 |
| 5604622 | + | Email/Text: sbridwell@arscollections.com | Feb 20 2026 19:32:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5604623 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2026 19:40:19 | Affirm, P.O. Box 201209, Dallas, TX 75320-1209 |
| 5604625 | + | Email/Text: electronic.bk.notification@bcservice.com | Feb 20 2026 19:32:00 | BC Services Inc, 550 Disc Dr, Longmont, CO 80503-9343 |
| 5604626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2026 19:40:21 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5604627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2026 19:40:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5604628 | | Email/Text: mrdiscen@discover.com | Feb 20 2026 19:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5610642 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 20 2026 19:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5604633 | | Email/Text: EBN@Mohela.com | Feb 20 2026 19:32:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5610849 | | Email/Text: EBN@Mohela.com | Feb 20 2026 19:32:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5604634 | + | Email/Text: pasi_bankruptcy@chs.net | Feb 20 2026 19:32:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5604636 | + | Email/Text: bankruptcynotices@sba.gov | Feb 20 2026 19:32:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5604637 | + | Email/Text: ebone.woods@usdoj.gov | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: n031 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | Feb 20 2026 19:32:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5604641 | Email/Text: bankruptcynotices@trustmark.com | Feb 20 2026 19:32:00 | Trustmark Bank, P O Box 291, Jackson, MS 39205 |
| 5604639 | + Email/Text: bankruptcydepartment@tsico.com | Feb 20 2026 19:32:00 | Transword System Inc, 2135 E Primrose, Ste Q, Springfield, MO 65804-4598 |
| 5604640 | + Email/Text: bankruptcydepartment@tsico.com | Feb 20 2026 19:32:00 | Transworld Systems, 500 Virginia Dr, Ste 514, Fort Washingt, PA 19034-2733 |
| 5611862 | Email/Text: bankruptcynotices@sba.gov | Feb 20 2026 19:32:00 | U.S. Small Business Administration, 332 S. Michigan Avenue, Suite 600, Chicago, IL 60604 |
| 5604643 | ^ MEBN | Feb 20 2026 19:27:36 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregg Mayer | on behalf of Defendant United States Department of Education gregg.mayer@usdoj.gov rj.mcinnis@usdoj.gov,lacee.t.davis@usdoj.gov,laquinta.hall@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brina Renette Oscar trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Brina Renette Oscar trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03252−JAW
**Chapter:** 13

**In re:**

Brina Renette Oscar
aka Brina R Oscar
223 Harvey Watkins Dr S
Canton, MS 39046

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 20, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: February 20, 2026        Danny L. Miller, Clerk of Court